UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vartan Gurdzhyan,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, et. al.,<br><br>Respondents. | No. 5:25-cv-03073-RGK-KES<br><br>**JOINT STIPULATION TO STAY BREIFING FOR ONE WEEK**<br><br>[11]<br><br>Honorable R. Gary Klausner<br>United States District Judge |

Having reviewed the Parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

- The parties shall stay the briefing on the Preliminary Injunction for at least one week, to Monday, December 1, 2025, at 3:00 p.m. PST, at which time the Opposition to Preliminary Injunction will be due.

- Any reply shall be due Wednesday, December 3, 2025 at 3:00 p.m. PST.

The motion will be deemed submitted upon the filing of a reply or upon the expiry of the reply deadline, whichever occurs first. The Court's ruling will follow after full consideration of properly submitted documents.

IT IS SO ORDERED

Dated: 11/25/2025

*/s/ Gary Klausner*

Honorable R. Gary Klausner
United States District Judge

1