**NOTE: MODIFIED BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vartan Gurdzhyan,<br><br>    Petitioner,<br><br>v.<br><br>Pamela Bondi, et. al.,<br><br>    Respondents. | No. 5:25-cv-03073-RGK-KES<br><br>**JOINT STIPULATION TO STAY BREIFING FOR ONE WEEK**<br><br>[13] |

Having reviewed the Parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

- The parties shall stay the briefing on the Preliminary Injunction for at least one week, to Monday, December 8, 2025, at 3:00 p.m. PST, at which time the Opposition to the Preliminary Injunction will be due.
- Any reply shall be due Wednesday, December 10, 2025, at 3:00 p.m. PST.

**FURTHER EXTENSION DISFAVORED.**

IT IS SO ORDERED

Dated: 12/1/2025

*Gary Klausner*

———————————————————
Honorable R. Gary Klausner
United States District Judge